IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 APR -1 PM 4:13

| | |
|---|---|
| DYNAMIC 3D GEOSOLUTIONS, LLC, § <br> PLAINTIFF, § <br> § <br> V. § <br> § <br> HALLIBURTON COMPANY; § <br> HALLIBURTON ENERGY SERVICES, § <br> INC.; LANDMARK EXPLORATION § <br> AND PRODUCTION SOFTWARE AND § <br> SERVICES, INC.; AND LANDMARK § <br> GRAPHICS CORPORATION, § <br> DEFENDANTS. § | CAUSE NO. A-14-CV-111-LY |

## ORDER

Before the court is the above-referenced cause. On April 1, 2015, counsel for Plaintiff and Defendants notified the court by telephone that the parties have reached a tentative settlement agreement. In light of the parties' settlement,

**IT IS ORDERED** that the parties shall file dismissal documents **on or before May 1, 2015.**

**IT IS FURTHER ORDERED** that the claims construction hearing scheduled for Thursday, April 2, 2015, at 9:00 a.m. is **CANCELED**.

SIGNED this __1st__ day of April, 2015.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE