FILED
2015 APR 23  AM 8:22



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DYNAMIC 3D GEOSOLUTIONS LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>HALLIBURTON COMPANY;<br>HALLIBURTON ENERGY SERVICES, INC;<br>LANDMARK EXPLORATION AND<br>PRODUCTION SOFTWARE AND<br>SERVICES, INC.; AND<br>LANDMARK GRAPHICS CORPORATION<br><br>DEFENDANTS. | CASE NO.: 1:14-cv-00111-LY<br><br>JURY TRIAL DEMANDED |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss With Prejudice. The Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that the Parties' Joint Motion to Dismiss with Prejudice is GRANTED.

IT IS FURTHER ORDERED that the above styled matter and all claims and counterclaims raised by the parties are hereby DISMISSED WITH PREJUDICE to refiling.

IT IS FURTHER ORDERED that each party shall bear its own attorney's fees and all costs and expenses are taxed against the party who incurred them.

SIGNED this _____ day of April, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:

/s/ Scott W. Hejny
Ted Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Scott W. Hejny
Texas State Bar No. 24038952
shejny@mckoolsmith.com
Aimee Perilloux Fagan
Texas State Bar No. 24010299
afagan@McKoolSmith.com
**McKool Smith, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Kathy H. Li
Texas State Bar No. 24070142
kli@McKoolSmith.com
Kevin P. Hess
Texas State Bar No. 24087717
khess@McKoolSmith.com
Kristina S. Baehr
Texas State Bar No. 24080780
kbaehr@McKoolSmith.com
**McKool Smith, P.C.**
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

*Attorneys for Defendants*
*Halliburton Company; Halliburton Energy*
*Services, Inc.; Landmark Exploration and*
*Production Software and Service, Inc.;*
*Landmark Graphics Corporation; LMKR*
*Holdings, and LMK Resources, Inc.*

By: /s/ Michael J. Collins
Michael J. Collins
Texas Bar No. 04614510
John J. Edmonds
Texas Bar No. 789758
Henry Pogorzelski
Texas Bar No. 24007852
Matthew C. Juren
Texas Bar No. 24065530
**Collins, Edmonds & Pogorzelski,**
**Schlather & Tower, PLLC**
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
Email: mcollins@cepiplaw.com
       jedmonds@cepiplaw.com
       hpogorzelski@cepiplaw.com
       mjuren@cepiplaw.com

*Attorneys for Plaintiff*
*Dynamic 3D Geosolutions LLC*